UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JONATHAN FERGUSON,<br>    Plaintiff, | )<br>)<br>) |
| v. | )   CASE NUMBER: 3:13CV417-JVB-JEM |
| | ) |
| CITY OF SOUTH BEND, ET AL.,<br>    Defendant | )<br>) |

## MOTION TO WITHDRAW APPEARANCE

Counsel for the Defendant, states the following in support of his motion:

1. On June 15, 2015, I will start my new position with the St. Joseph County Courts as Magistrate and therefore I am closing my private practice.

2. On May 26, 2015 new counsel for the defendant entered their appearance.

WHEREFORE, counsel respectfully requests that his appearance be withdrawn.

                      /s/Jeffrey L. Sanford
                      Jeffrey L. Sanford    14111-71
                      Attorney for Defendant
                      212 S. Taylor St.
                      South Bend, Indiana  46601
                      (574) 233-7280
                      (574) 234-8411 facsimile
                      jlsattlaw@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing.

                      /s/Jeffrey L. Sanford