UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JONATHON FERGUSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3-13-cv-417 |
| | ) |
| CITY OF SOUTH BEND, et al., | ) |
| | ) |
| Defendants. | ) |

## STATEMENT OF COMPLIANCE

Comes now counsel for the plaintiff and pursuant to the Court's Order files his statement of compliance with exhibits attached.

Respectfully submitted,

/s/Johnny W. Ulmer
Johnny W. Ulmer, Atty. No. 27373-71
Ulmer Law Offices, Inc.
P.O. Box 866
Bristol, Indiana 46507
E-mail:
Telephone: (574) 848-7600

Attorney for the Plaintiff

1

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2016, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties of record as shown below by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Peter J. Agostino (#10765-71)
Stephanie L. Nemeth (#25721-71)
ANDERSON AGOSTINO & KELLER, P.C.
131 S. Taylor Street
South Bend, IN 46601
Attorneys for Defendants

/s/Johnny W. Ulmer
Johnny W. Ulmer

# ULMER LAW OFFICES, INC.

*Johnny W. Ulmer and Associates*
*Attorneys & Counselors at Law*
P.O. Box 866, Bristol, Indiana 46507
Phone: (574) 848-7600 Fax: (574) 622-0037

*Johnny W. Ulmer*

March 11, 2016

Ms. Stephanie Nemeth
Anderson Agostino & Keller, P.C.
Attorneys at Law
131 South Taylor
South Bend, Indiana 46601

    **Re:** *Jonathan Ferguson v. Civil City of South Bend, et.al*
       *Case No. 3:13CV417-JVB-JEB*

Dear Ms. Nemeth

  Please find enclosed a check in the amount of one thousand one hundred thirty one dollars and 36 cents ($1,131.36) as ordered by the court regarding the above mentioned case.

  If you have any questions or concerns, please feel free to contact me.

Very truly yours,

Johnny W. Ulmer

JWU/se

958 - Bristol  
Bristol, Indiana

OFFICIAL CHECK

Customer Copy

026784122

Date 03/11/2016

Remitter JOHNNY W ULMER

Pay To The Order Of  ANDERSON AGOSTINO&KELLER,P.C.                $   1,131.36

Drawer: KeyBank

**TERMS**
KEEP THIS COPY FOR YOUR RECORD OF THE TRANSACTION. TO REPORT A LOSS OR FOR ANY OTHER INFORMATION ABOUT THE INSTRUMENT, CONTACT THE INSTITUTION FROM WHICH YOU RECEIVED THE INSTRUMENT.

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT.   CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM

OFFICIAL CHECK                026784122        62-20
                                                 311
958 - Bristol            Remitter JOHNNY W ULMER    Date 03/11/2016
Bristol, Indiana
Pay To The Order Of  ANDERSON AGOSTINO&KELLER,P.C.    $   1,131.36

Pay:   ONE THOUSAND ONE HUNDRED THIRTY ONE DOLLARS AND 36 CENTS

Drawer: KeyBank

*Dennis A. Devine*
AUTHORIZED SIGNATURE

Issued by: Citibank N.A. One Penn's Way, New Castle, DE 19720
For information about this instrument, call: 1-888-556-5142

⑆026784122⑆ ⑉031100209⑉  3877421⑈

# RECEIPT

**Date:** March 11, 2016

**Received From:** Johnny W. Ulmer

**Payment Amount:** $1,131.36

**For:** Attorney Stephanie Nemeth


*Anderson, Agostino & Keller*
*By:* [signature]