IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JONATHAN FERGUSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CIVIL CITY OF SOUTH BEND, ) <br> INDIANA; PETE BUTTIGIEG, ) <br> MAYOR; CHARLES HURLEY, ) <br> Interim Chief of Police of the ) <br> SOUTH BEND POLICE ) <br> DEPARTMENT; PATROLMAN ERIC ) <br> MENTZ; PFC MICHAEL STUK; ) <br> AND OFFICER AARON KNEPPER, ) <br> ) <br> Defendants. ) | CASE NO. 3:13CV417-JVB-JEM |

**STIPULATION FOR VOLUNTARY DISMISSAL**

Plaintiff and Defendants, by counsel, hereby stipulate to the dismissal of this action with prejudice pursuant to F.R.C.P 41(a)(1), with each party bearing its own costs and attorney fees.

| | |
|---|---|
| /s/ Johnny W. Ulmer | /s/ Peter J. Agostino |
| Johnny W. Ulmer | Peter J. Agostino (#10765-71) |
| Ulmer Law Offices, Inc. | Stephanie L. Nemeth (#25721-71) |
| P.O. Box 866 | Anderson Agostino & Keller, P.C. |
| Bristol, IN 46507 | 131 South Taylor Street |
| | South Bend, IN 46601 |
| Richard E. Bryant | |
| 1333 West Lusher Ave. | *Attorneys for Defendants* |
| Elkhart, IN 46517 | |

*Attorneys for Plaintiff*